IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| INGRID L. CHANEY, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 06-0204-CG-B |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

### ORDER

Plaintiff objects to the finding in the Report and Recommendation of the Magistrate Judge that the ALJ is not required to assign any specific weight to "other medical sources" - specifically to the opinion of a nurse practitioner.  This court finds that the Magistrate Judge's report and recommendation correctly finds that and ALJ is not required to assign a specific evidentiary weight to "other medical sources" as long as those sources were considered in the decision reached.  The record here reflects that Nurse Drinkard's opinions were considered by the ALJ in rendering his disability determination.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 16, 2007,  is **ADOPTED** as the opinion of this Court.  The decision of the Commissioner of Social Security, denying Plaintiff's claim for period of disability and disability insurance benefits, is **AFFIRMED.**

**DONE** and **ORDERED** this 10th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE