### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **INGRID L. CHANEY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 06-00204-CG-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| **Defendant.** | * | |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security,

denying Plaintiff's claim for period of disability and disability insurance benefits, be

**AFFIRMED.**

**DONE** and **ORDERED** this 10th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE